**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>Condado 5, LLC<br><br>v.<br><br>Vaquería Las Martas Inc | CASE NO. 20-CV-01344 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE COURT:

COMES NOW Condado 5, LLC ("Condado 5") through the undersigned counsel, and respectfully states and prays as follows:

The undersigned counsel appears pursuant to Fed. R. Bankr. P. 9010(b) and requests that copies of all future notices, pleadings, and other filings in the case be served upon her. The undersigned also requests to be added to the Master List maintained by the Clerk of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of July, 2020

Certificate of Service

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

**Ferraiuoli** LLC
Attorneys for Condado 5, LLC
PO Box 195168
San Juan, PR 00919-5168
Telephone: 787.766.7000
Facsimile: 787.766.7001

*/s/Frances C. Brunet-Uriarte*
FRANCES C. BRUNET-URIARTE
USDC-PR No. 307006
fbrunet@ferraiuoli.com