**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 20-cv-01344 (ADC) |
| CONDADO 5, LLC | |
| Appellant | APPEAL FROM THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO |
| vs. | |
| VAQUERÍA LAS MARTAS, INC. | |
| Appellee | |

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**
**PURSUANT TO PR L. Civ. R. 6**

TO THE HONORABLE COURT:

COMES NOW, appellant Condado 5, LLC ("Condado" or "Appellant"), through the undersigned counsel, and respectfully states and prays as follows:

1. On July 13, 2020, Condado filed a *Notice of Appeal* (the "*Notice*", Bankr. Case No. 18-07304, Docket No. 149).

2. On July 16, 2020, this Court entered the *Transmittal of Notice of Appeal from Bankruptcy Court* (the "*Transmittal Notice*", Docket No. 1).

3. On August 13, 2020, this Court entered the *Certification for Transmittal*, setting the deadline to file the Appellant's brief for tomorrow, August 28, 2020 (Docket No. 7).

4. Appellant is still in the process of preparing the brief but due to current circumstances needs additional to finish and file it along with the corresponding appendix. Appellant respectfully requests fourteen (14) days from tomorrow, through and including **September 11, 2020**, to finish and file the brief along with the appendix pursuant to PR L. Civ. R. 6.

WHEREFORE, Appellant respectfully prays the Court to grant fourteen (14) days from tomorrow, through and including **September 11, 2020**, to finish and file the brief along with the

- 2 -

corresponding appendix pursuant to PR L. Civ. R. 6, and grant any other remedy that is fair and equitable.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 27th day of August, 2020.

<u>Certificate of Service</u>

I hereby certify on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". <u>P.R. Elec. Power Auth. v. Vitol, Inc.</u>, 298 F.R.D. 23, 26 (D.P.R.2014).

**Ferraiuoli** LLC
Attorneys for Appellant
PO Box 195168
San Juan, PR 00919-5168
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/ Camille N. Somoza*
CAMILLE N. SOMOZA
USDC-PR No. 302908
csomoza@ferraiuoli.com

*/s/Frances C. Brunet-Uriarte*
FRANCES C. BRUNET-URIARTE
USDC-PR No. 307006
fbrunet@ferraiuoli.com