# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
Transmittal of Abbreviated  Record  to the Court of Appeals

**DATE:**   **December 13, 2021**

**DC #:**      **20-1344  (ADC)**

**APPEAL FEE PAID:**          **YES ___X___   NO _____**

**CASE CAPTION:**          **Condado 5, LLC       v.       Vaquería Las Martas, Inc.**

**IN FORMA PAUPERIS:**     **YES _____   NO ___X___**

**MOTIONS PENDING:**     **YES _____   NO ___X___**

**NOTICE OF APPEAL FILED BY:**          **Debtor/Appellee**

**APPEAL FROM:**          **Order entered on 10/29/2021 and Judgment entered on 10/29/2021**

**SPECIAL COMMENTS:**     **Electronically  filed  documents**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket  Entries  40,  41  &  42**

I HEREBY CERTIFY  that the enclosed documents contained  herein are  the  pleadings as described above and constitute the abbreviated  record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ
Clerk of the Court

S/ Mildred Concepción
Mildred Concepción
Deputy Clerk

s/c:   CM/ECF Parties, Appeals Clerk